John D. Guerrini, Esq., (190972)
Matthew J. Taylor, Esq., (241113)
THE GUERRINI LAW FIRM
750 East Green Street, Suite 200
Pasadena, CA 91101
Telephone: (626) 229-9611
Facsimile: (626) 229-9615
Email: guerrini@guerrinilaw.com
Email: taylor@guerrinilaw.com

Attorneys for Plaintiff International Fibercom, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| International Fibercom, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Think! Computer Products, <br><br> Defendant. | CASE NO. SA 07-MC-32 <br> SACV07-1470 AHS <br><br> **REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> [Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure; Local Rule 69-1] <br><br> [No Hearing Required] |

Plaintiff International Fibercom, Inc., pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, and Rule 69-1 of the Local Rules of Practice of the United States District Court for the Central District of California, request that American Legal Support Services, Inc. who is at least 18 years of age, of suitable

/ / /

/ / /

/ / /

/ / /

1

discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Dated: JAN -2 2008

_____
CHIEF United States District Judge
ALICEMARIE H. STOTLER

2