THE GUERRINI LAW FIRM
750 EAST GREEN STREET, SUITE 200
PASADENA, CA 91101



ORIGINAL

**FILED**
MAR 3 1 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Gaughan, Trustee <br><br> PLAINTIFF(S) <br> v. <br><br> Think! Computer Products <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:07-cv-01470-AHS <br><br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of LOS ANGELES

☐ State of _____, County of _____

I, JOHN D. GUERRINI _____ hereby state under penalty of perjury that,

1. Judgment for $ 6,121.00 was entered on 12/10/07 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Maureen Gaughan, Trustee as Judgment Creditor, and against Think! Computer Products, as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 02-02143 ECF RJH in the United States District Court for the CENTRAL District of CALIFORNIA and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the CENTRAL District of CALIFORNIA are the following sums:
   $ 454.50 accrued interest, computed at 2.71 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _____, State of CALIFORNIA, this 26 date of MARCH, 2008.

_____
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)  AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION