| | |
|---|---|
| 1 | THE GUERRINI LAW FIRM |
| | John D. Guerrini (#190972) |
| 2 | 750 East Green Street |
| | Suite 200 |
| 3 | Pasadena, CA 91101 |
| | 626-229-9611 telephone |
| 4 | 626-229-9615 facsimile |
| | guerrini@guerrinilaw.com |
| 5 | Attorneys for Plaintiff Maureen Gaughan, Trustee |
| 6 | [3433] |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Gaughan, Trustee | CASE NO. 8:07-CV-01470-AHS |
| Plaintiff, | **AFFIDAVIT OF IDENTITY** |
| vs. | [C.C.P. Section 680.135] |
| Think! Computer Products | |
| Defendants. | |

Pursuant to C.C.P. Section 680.135 attorney of record for the Plaintiff makes this application to add aliases (AKAs) to the name of the judgment debtor identified below for purposes of issuing a Writ of Execution and/or Abstract of judgment containing said enhanced name.

The judgment debtor's name as stated in the judgment is THINK! COMPUTER PRODUCTS.

The additional name or names by which the judgment debtor is known is

H. CO. COMPUTER PRODUCTS.

-1-

AFFIDAVIT OF IDENTITY                                   8:07-CV-01470

The facts upon which the judgment creditor relies are: Fictitious Business searches were requested under the defendant's name as provided by Plaintiff. The defendant is listed as using the dba of THINK! COMPUTER PRODUCTS but per the California State Board of Equalization the real name of the Defendant is H. CO. COMPUTER PRODUCTS. Attached is a copy of the Fictitious Business information pulled from the Orange County Recorder's website. This document is in the public record.

Code of Civil Procedure Section 680.135 provides relevantly : "Affidavit of Identity means an affidavit or declaration executed by a judgment creditor, under penalty of perjury, that is filed with the clerk of the court in which the judgment is entered at the time the judgment creditor files for a Writ of Execution or an Abstract of judgment. The affidavit of identity shall set forth the case name and number, the name of the judgment debtor stated in the judgment debtor is known, and the facts upon which the judgment creditor has relied in obtaining the judgment debtor's additional name or names..."

The judgment creditor now respectfully asks this court to issue an order that a Writ of Execution or Abstract of Judgment may be issued by the court identifying the defendant as THINK! COMPUTER PRODUCTS dba H. CO. COMPUTER PRODUCTS.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008 at Pasadena, CA.



John D. Guerrini

AFFIDAVIT OF IDENTITY          8:07-CV-01470

Recorded in Official Records, County of Orange
Gary Granville, Clerk-Recorder

**GARY L. GRANVILLE**
**COUNTY CLERK-RECORDER**
**12 CIVIC CENTER PLAZA, ROOM 106**
**POST OFFICE BOX 238**
**SANTA ANA, CA 92702-0238**

31.00
20006831479 12:16pm 06/12/00
78 200 F01
31.00   0.00 0.00 0.00 0.00 0.00

## FICTITIOUS BUSINESS NAME STATEMENT

To ensure a prompt and accurate record of your filing, ONLY typewritten forms will be accepted
DO NOT ABBREVIATE.

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| | |
|---|---|
| 1. | **Fictitious Business Name(s):** THINK COMPUTER PRODUCTS<br>Business Phone No. (949) 833-3222 |
| 1A. | [X] New Statement  [ ] Refile—List Previous No._____  [ ] Change |
| 2. | **Street Address, City & State of Principal place of Business** (Do NOT use a P.O. Box): 16812 HALE AVENUE, IRVINE, CA 92606-5021 |
| 3. | **Full name of Registrant** (If Corporation, enter corporation name): H. CO. COMPUTER PRODUCTS, INC.<br>If Corporation/L.L.C. State of Incorporation or organization: CA<br>**Res./Corp. Address:** 16812 HALE AVENUE, IRVINE, CA 92606-5021 |
| 4. | (CHECK ONE ONLY) This business is conducted by ( ) an individual  ( ) a general partnership  ( ) a limited partnership  ( ) an unincorporated association other than a partnership  (X) a corporation  ( ) a business trust  ( ) co-partners  ( ) husband and wife  ( ) joint venture  ( ) Limited Liability Co.  ( ) Other—Specify _____ |
| 5. | Have you started doing business yet?  Yes___ Insert the date you started: _____  No X<br>NOTICE: THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK-RECORDER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THAT DATE. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14400 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
| 6. | If Registrant is a corporation, an officer of the corporation signs below:<br>H. CO. COMPUTER PRODUCTS, INC.<br>X /s/ [signature], EXEC VICE PRESIDENT<br>MARK HOJREH, EXEC VICE PRES. |

(THIS FEE APPLIES AT THE TIME OF FILING)
FILING FEE $31.00 FOR ONE BUSINESS NAME.
$7.00 FOR EACH ADDITIONAL BUSINESS NAME.
$7.00 FOR EACH ADDITIONAL PARTNER AFTER FIRST TWO.
PROVIDE RETURN STAMPED ENVELOPE IF MAILED.

F059-FictitiousBus.Stmt. (R8/97)    WHITE – CLERK-RECORDER'S COPY; PINK – BANK, NEWSPAPER AND REGISTRANT