THE GUERRINI LAW FIRM
John D. Guerrini (#190972)
750 East Green Street
Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff Maureen Gaughan, Trustee

[3433]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Gaughan, Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Think! Computer Products<br><br>Defendant. | CASE NO. 8:07-CV-01470-AHS<br><br>[PROPOSED] ORDER |

Based upon the Affidavit of Identity, and upon finding of good cause,

IT IS HEREBY ORDERED that the clerk of this court shall issue a Writ of Execution and Abstract of Judgment identifying defendant/judgment debtor THINK! COMPUTER PRODUCTS dba H. CO. COMPUTER PRODUCTS.

Dated:_____       _____
                           Judge of the United States District Court

-1-

PROPOSED ORDER                                    8:07-CV-01470