THE GUERRINI LAW FIRM
John D. Guerrini (#190972)
750 East Green Street
Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff Maureen Gaughan, Trustee

[3433]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maureen Gaughan, Trustee<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Think! Computer Products<br><br>　　　　Defendant. | CASE NO. SA CV 07-1470-AHS<br><br>ORDER |

Based upon the Affidavit of Identity, and upon finding of good cause,

IT IS HEREBY ORDERED that the clerk of this court shall issue a Writ of Execution and Abstract of Judgment identifying defendant/judgment debtor THINK! COMPUTER PRODUCTS dba H. CO. COMPUTER PRODUCTS.

Dated: <u>June 27, 2008.</u>　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　Chief Judge United States District Court

-1-