John D. Guerrini (190972)
**THE GUERRINI LAW FIRM**
750 East Green Street, Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff and Judgment
Creditor Maureen Gaughan, Trustee

[3433]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Gaughan, Trustee <br><br> Plaintiff, <br><br> vs. <br><br> Think! Computer Products <br><br> Defendant. | CASE NO. 07-CV-01470-AHS <br><br> **APPLICATION FOR ORDER FOR APPEARANCE OF MOHAMMAD ALI HOJREH, PRESIDENT OF JUDGMENT DEBTOR THINK! COMPUTER PRODUCTS FOR JUDGMENT DEBTOR'S EXAMINATION** <br><br> Date: 07/27/2009 <br> Time: 10.00 a.m. <br> Dept.: 10 A |

☒**Judgment Creditor** ☐ **Assignee of Record** ☐ **Plaintiff who has right to attach order hereby applies for an order requiring** MOHAMMAD ALI HOJREH_____ to appear and furnish information aid in enforcement of the money judgment or answer concerning property or debt.

The person to be examined is:

 ☐ Judgment debtor

 ☒ a third person (1) who has possession or control of property

  belonging to the judgment debtor or the defendant or (2) who

-1-

07-CV-01470-AHS

owes the judgment debtor or the defendant more than $250.00. An affidavit supporting this application under Code of Civil Procedure section. 491.110 or 708.120 is attached hereto.

Pursuant to Code of Civil Procedure section 491.150 (c), the person to be examined resides or has place of business in the county or within 100 miles of the place of examination. (See Federal Rule of Civil Procedure 45(b) (2).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 29, 2009            /s/ John D. Guerrini
John D. Guerrini
guerrini@guerrinilaw.com