John D. Guerrini  (190972)
**THE GUERRINI LAW FIRM**
750 East Green Street, Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff and Judgment
Creditor Maureen Gaughan, Trustee

[3433]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Gaughan, Trustee ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Think! Computer Products, ) <br> ) <br> Defendant. ) | CASE NO. 07-CV-01470-AHS <br><br> **AFFIDAVIT OF JOHN D. GUERRINI IN SUPPORT OF APPLICATION FOR ORDER FOR APPEARANCE AND EXAMINATION OF THIRD PARTY** <br><br> Date: 07/27/2009 <br> Time: 10.00 A.M. <br> Dept.: 10 A |

This Application is made pursuant to Rule 69 of the Federal Rules of Civil Procedure.

<u>DECLARATION OF JOHN D. GUERRINI</u>

1. I, John D. Guerrini, am an attorney at law, duly licensed to practice law in all Courts of the State of California and I am a principal with The Guerrini Law Firm, attorneys for Maureen Gaughan, Trustee, Judgment Creditor (hereinafter "Judgment Creditor") in the above-entitled action.

2. Judgment was entered in the above captioned matter on

-1-

07-CV-01470-AHS

1 | December 10, 2007 in the Central District of California in favor of
2 | Maureen Gaughan, Trustee, and against Think! Computer Products
3 | (hereinafter "Judgment Debtor").

3. Said judgment has not been vacated or reversed and at the present time there is due and owing the sum of $6,121.00 exclusive of post-judgment interest.

4. There is no stay of execution and execution may properly be issued. Judgment Debtor's President MOHAMMAD ALI HOJREH, has an address of 16812 Hale Avenue, Irvine, California 92714, which is within the Central District of this Court and within 150 miles of the place of examination. Judgment Debtor has not previously been examined in proceedings supplemental to execution herein.

5. Application is hereby made for issuance of an Order for the President of judgment Debtor, MOHAMMAD ALI HOJREH appear in United States District Court, Central District of 411 West Fourth Street, Santa Ana, CA 92701, and to produce the documents, books and records described in the Attachment A attached hereto and made a part hereof.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of May, 2009 at Pasadena, California.

/s/ John D. Guerrini
John D. Guerrini
guerrini@guerrinilaw.com

ATTACHMENT "A"

-2-
07-CV-01470-AHS

1.  All books of account, including general ledger, cash journals, payroll, and accounts receivable and accounts payable ledgers of the debtor.

2.  All current financial statements of the debtor "Hallmark Motors Body Shop"

3.  All bank records for the past six months to include all bank statements and canceled checks of the debtor.

4.  Depreciation schedules for all assets of the debtor.

5.  All records reflecting or referring to loans made to or by the judgment debtor, individually, jointly, and/or severally.

6.  The legal description and street address of all real property in which the judgment debtor has or claims a current interest, or has had or claimed an interest in since the date of service of the summons in this action, regardless of the name(s) in which the record title appears of the debtor.

7.  Copies of all deeds, notes, land sale contracts, mortgages, and deeds of trust on property in which the judgment debtor has or claims a current interest, or has had or claimed an interest since the date of service of the summons in this action, regardless of the name(s) in which the record title appears of the debtor.

8.  All bank, savings and loan, credit union, or other financial institution or money market fund records for the last six months for all deposit or checking accounts in which the judgment debtor or spouse have an interest, whether or not in the name of judgment debtor or spouse, including all statements and canceled checks.

9. All receipts for cash purchases or payments for the last six months.

10. Monthly statements from all lenders, including banks, savings and loans, credit unions, finance companies, and mortgage companies for the last three months, showing loan balances.

11. All monthly statements for the last three months, showing balances for goods or services purchased on credit.

12. Copies of any summons and complaint in every action in which judgment debtor is named as a party, whether as plaintiff, defendant, cross-complainant, cross-defendant, petitioner, respondent, or any other designation.

13. Ledgers of rental receipts from all income property.

14. Copies of registration certificates for all vehicles owned by or regularly driven by judgment debtor or spouse.

15. Copies of any other registration certificates filed with the Department of Motor Vehicles.

16. Original share certificates in any and all corporations evidencing judgment debtor's interest.

17. Copies of the organizing documents for all partnerships, limited partnerships, limited liability partnerships, limited liability companies, joint ventures, or tenancies in common in which the judgment debtor or spouse has or claims has a current interest, or has had or claimed an interest since the date of service of the summons in this

1. action.

18. Copies of all contracts, contingency fee agreements, or other commission agreements with any person or entity from whom judgment debtor or spouse receives, or is entitled to receive, commissions, contingency fees, or money.