# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maureen Gaughan, Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Think! Computer Products,<br><br>Defendant. | CASE NO. 07-CV-01470-AHS<br><br>**[PROPOSED] ORDER FOR APPEARANCE OF MOHAMMAD ALI HOJREH PRESIDENT OF JUDGMENT DEBTOR THINK! COMPUTER PRODUCTS, AT JUDGMENT DEBTOR'S EXAMINATION**<br><br>Date: 07/27/2009<br>Time: 10.00 A.M.<br>Dept.: 10 A |

The Application for Order for Appearance of Mohammad Ali Hojreh, principal of Judgment Debtor Think! Computer Products having been received and reviewed by this Court, and

GOOD CAUSE appearing from the Declaration of John D. Guerrini, the attorney for Maureen Gaughan, Trustee, Judgment Creditor (hereinafter "Judgment Creditor"), it is hereby ordered that MOHAMMAD ALI HOJREH, President of Think! Computer Products,(hereinafter "Judgment Debtor") appear in Court room 10 A, at the United States District Court, Central District of California, 411 West Fourth Street,

-1-

Santa Ana, CA 92701, on July 27, 2009 at 10.00 a.m.

    TO: MOHAMMAD ALI HOJREH. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of a money judgment against Think! Computer Products

    This Order is to be served by a Sheriff, Constable, Marshal, or by any registered process server.

## **NOTICE TO JUDGMENT DEBTOR**

    If you fail to appear at the time and place specified in this Order, you may be subject to arrest and punishment for contempt of Court, and the Court may make an order requiring you to pay the reasonable fees incurred by Judgment Creditor in this proceeding.

DATED: _____

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-

07-CV-01470-AHS