# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S),<br>v.<br><br>DEFENDANT(S). | **NOTICE OF REASSIGNMENT OF CASE** |

To:  ALL COUNSEL APPEARING OF RECORD

☐  Pursuant to Order of the Court filed _____ you are hereby notified that this case has been transferred to the calendar of _____ for:
  ☐ all further proceedings;
  ☐ any discovery matters that are or may be referred by the District Judge;
  ☐ any matters that are referred pursuant to General Order 05-07.
  ☐ other: _____

☐  All parties having consented to proceed before a United States Magistrate Judge, this case has been reassigned to Magistrate Judge _____ for all further proceedings.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge so that the case number will read: _____.
This is very important because documents are routed to the assigned judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☐ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☐ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

_____                    By _____
Date                                       Deputy Clerk

*cc:*   ☐ *Previous Judge*  ☐ *Statistics Clerk*

G-41 (05/08)                    **NOTICE OF REASSIGNMENT OF CASE**