ORIGINAL

THE GUERRINI LAW FIRM
750 EAST GREEN STREET SUITE 200
PASADENA, CA 91101

FILED
2015 APR 30 PM 2:07

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAUREEN GAUGHAN, TRUSTEE | | CASE NUMBER: SACV- **8:07-CV-01470-AHS** |
| | Plaintiff(s) | |
| v. | | |
| THINK! COMPUTER PRODUCTS | | ALIAS **WRIT OF EXECUTION** |
| | Defendant(s) | |

TO: **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  12/10/07  a judgment was entered in the above-entitled action in favor of:

MAUREEN GAUGHAN, TRUST

as Judgment Creditor and against:

THINK! COMPUTER PRODUCTS DBA H. CO. COMPUTER PRODUCTS

as Judgment Debtor, for:

$ _____6,121.00____ Principal,
$ _____0.00_____ Attorney Fees,
$ _____0.00_____ Interest **, and
$ _____0.00_____ Costs, making a total amount of
$ _____6,121.00____ **JUDGMENT AS ENTERED**

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

WRIT OF EXECUTION

CV-23 (6/01)  PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the CENTRAL** **District of** _____ , to wit:

$ __454.50__ accrued interest, and
$ ____0.00__ accrued costs, making a total of
$ __454.50__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __6,575.50__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __6,121.00__ Is due on the judgment as entered and bears interest at 2.71 percent per annum, in the amount of $ 0.45 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: NOV -6 2008

By: _____
Deputy Clerk

**WRIT OF EXECUTION**
CV-23 (6/01)                                                                                         PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
THINK! COMPUTER PRODUCTS DBA H. CO.
COMPUTER PRODUCTS
16812 HALE AVENUE
IRVINE, CA 92606
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

```
 1  THE GUERRINI LAW FIRM
    John D. Guerrini (#190972)
 2  750 East Green Street
    Suite 200
 3  Pasadena, CA 91101
    626-229-9611 telephone
 4  626-229-9615 facsimile
    guerrini@guerrinilaw.com
 5  Attorneys for Plaintiff Maureen Gaughan, Trustee

 6  [3433]

 7
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Maureen Gaughan, Trustee | ) CASE NO. SA CV 07-1470-AHS |
|---|---|
| Plaintiff, | ) ORDER |
| vs. | ) |
| Think! Computer Products | ) |
| Defendant. | ) |

Based upon the Affidavit of Identity, and upon finding of good cause,

IT IS HEREBY ORDERED that the clerk of this court shall issue a Writ of Execution and Abstract of Judgment identifying defendant/judgment debtor THINK! COMPUTER PRODUCTS dba H. CO. COMPUTER PRODUCTS.

Dated: <u>June 27, 2008.</u>

ALICEMARIE H. STOTLER
Chief Judge United States District Court

-1-